UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| JEFFREY S. LANDAHL,<br><br>    Plaintiff,<br>    v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-cv-00131-MHW<br><br>JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: December 30, 2013

                                      SEAN McAVOY
                                      District Court Executive/Clerk

                                      s/ L. Stejskal
                                      Deputy Clerk